636

 Opinion filed November 8, 1937.

L. Louis Karton, for appellant. David A. Canel, for appellees; Leonard A. Canel and Daniel F. Kemp. of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Adin W. Finley, appellant, v. James W. Paige, appellee. Gen. No. 39,534.

Opinion filed November 8, 1937.

Raymond M. Carlson, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

First National Bank of Chicago, appellee, v. Daniel A. Quinn et al. Appeal of Robert G. McKay et al., appellants. Gen. No. 39,076.

Opinion filed November 8, 1937. Rehearing denied November 26, 1937.

Cattell & Waldron, for appellants; Marshall & Marshall and Joseph J. Sullivan, Jr., of counsel. Kirkland, Fleming, Green, Martin & Ellis, for appellee; Emil F. Meier, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Eugene L. Garey, trading as Garey and Garey, appellant, v. Daniel J. Schuyler, Jr. et al., appellees. Gen. No. 39,512.

Opinion filed November 8, 1937.

A. J. Deutschman, for appellant; Milton I. Hauser, of counsel. Jay Stough, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Frank Birgel, assignee of Joseph LeDoux and Herman Mannel, appellee, v. William P. Roe, appellant. Gen. No. 39,521.